**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Magdala Pierre<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0604<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 11–42626–JKS | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Magdala Pierre

4/4/17                                                                                   **By the court:** John K. Sherwood
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 11-42626-JKS
Magdala Pierre                                                  Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2           Date Rcvd: Apr 04, 2017
                              Form ID: 3180W              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
db             +Magdala Pierre,    14 Naden Ave.,    Irvington, NJ 07111-2806
512522949      +American Home Remodeling,    89-91 Coit St,    Attn.: Managing Agent/Officer,
                 Irvington, NJ 07111-4121
512522955      +HSBC Bank NA,    1800 Tysons Blvd,    Maniging Agent/Officer,    Mc Lean, VA 22102-4267
512522956      +HSBC Bank USA,    999 Northwest Grand Blvd., Ste 100,    Attn.: Managing Agent/Officer,
                 Oklahoma City, OK 73118-6051
512522958      +Member solutions,    Po Box 705,    Jenkintown, PA 19046-7105
512522959      +Midland Mortgage Co.,    999 NW Grand Blvd. Ste. 110,    Attn.: Managing Agent/Officer,
                 Oklahoma City, OK 73118-6051
512522960      +New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
512522963       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
512522964      +RJM Acquistions, LLC/HSB,    575 Underhill Boulevard, Suite 224,    Syosset, NY 11791-3416
512522971      +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
512767551      +Union OB/GYN & Infertility,    c/o Pressler and Pressler, LLP.,    7 Entin Rd.,
                 Parsippany NJ 07054-5020
512522970      +Union OBGYN,    1323 Stuyvesant St,    Union, NJ 07083-5380
512522972      +Verizon Wireless,    PO Box 408,    Newark, NJ 07101-0408
512754931      +ZUCKER, GOLDBERG et al,    Re: HSBC Bank USA, as trustee,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
516556315      +Zenith Acquisition Corp,    PO Box 850,    Amherst, NY 14226-0850
512537099      +Zenith Acquisition Corp,    170 Northpointe Pkwy,    Suite 300,    Amherst, NY 14228-1992
512522976      +Zucker Goldberg & Ackerman,    200 Shefield Pl.,    Suite 301,    Mountainside, NJ 07092-2315
512522953      +citicorp trust bank,    Po Box 22064,    Tempe, AZ 85285-2064
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 00:03:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 00:03:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512543341       EDI: AIS.COM Apr 04 2017 23:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
512536749       EDI: BANKAMER2.COM Apr 04 2017 23:38:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512522950      +EDI: BANKAMER.COM Apr 04 2017 23:38:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
512755044      +EDI: OPHSUBSID.COM Apr 04 2017 23:38:00      Candica, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512635596       EDI: CHASE.COM Apr 04 2017 23:38:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
512522951      +EDI: CHASE.COM Apr 04 2017 23:38:00      Chase Card Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
512522952       EDI: CITICORP.COM Apr 04 2017 23:38:00      Citi Cards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
512522954      +EDI: RMSC.COM Apr 04 2017 23:38:00      GEMB/Walmart,    PO Box 981469,    El Paso, TX 79998-1469
512522957       EDI: CBSKOHLS.COM Apr 04 2017 23:38:00      Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
513572590       EDI: AIS.COM Apr 04 2017 23:38:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX  77210-4457
512594529       E-mail/Text: csc.bankruptcy@amwater.com Apr 05 2017 00:04:31     New Jersey American Water,
                 PO Box 578,    Alton, IL 62002-0578
512522961      +Fax: 407-737-5634 Apr 05 2017 01:43:22      Ocwen Loan Servicing,    1661 Worthington Rd, Ste 100,
                 Managing Agent/Officer,    West Palm Beach, FL 33409-6493
512522962      +EDI: RMSC.COM Apr 04 2017 23:38:00      Old Navy/GE Money Bank,    PO Box 103104,
                 Roswell, GA 30076-9104
512562715       EDI: PRA.COM Apr 04 2017 23:38:00      Portfolio Recovery Associates, LLC,    c/o Loft,
                 POB 41067,    Norfolk VA 23541
512587395       EDI: RECOVERYCORP.COM Apr 04 2017 23:38:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
512559539       EDI: Q3G.COM Apr 04 2017 23:38:00      Quantum3 Group LLC as agent for,
                 World Financial Network National Bank,    PO Box 788,    Kirkland, WA 98083-0788
512547812       EDI: Q3G.COM Apr 04 2017 23:38:00      Quantum3 Group LLC as agent for,    Capio Partners LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
512522965      +EDI: NAVIENTFKASMSERV.COM Apr 04 2017 23:38:00      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
512599542       EDI: NAVIENTFKASMGUAR.COM Apr 04 2017 23:38:00      Sallie Mae Inc. on behalf of USA FUNDS,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
512522966      +E-mail/Text: bankruptcy@savit.com Apr 05 2017 00:04:34     Savit Collection,    PO Box 250,
                 East Brunswick, NJ 08816-0250
512522968       EDI: TFSR.COM Apr 04 2017 23:38:00      Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026
512597775       EDI: TFSR.COM Apr 04 2017 23:38:00      Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026
512522967       EDI: CITICORP.COM Apr 04 2017 23:38:00      The Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Apr 04, 2017
                              Form ID: 3180W           Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513341288        EDI: BL-TOYOTA.COM Apr 04 2017 23:38:00      Toyota Motor Credit Corporation,
                  c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512522974        EDI: WFNNB.COM Apr 04 2017 23:38:00     WFNNB/ANN TAYLOR,   PO Box 182789,
                  Columbus, OH 43218-2789
512522975       +EDI: WFNNB.COM Apr 04 2017 23:38:00     WFNNB/LOFT,   PO Box 659705,
                  San Antonio, TX 78265-9705
512522973       +EDI: WFFC.COM Apr 04 2017 23:38:00     Wells Fargo Financial National Bank,
                  Value City Furniture,   800 Walnut Street,   F4030-04C,   Des Moines, IA 50309-3605
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association as trustee on
512522969*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   PO Box 8026,
                  Cedar Rapids, IA 52409-8026)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
           behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          David M. Wasserman    on behalf of Debtor Magdala  Pierre dwasserman@garcesgrabler.com,
           jrodriguez@garcesgrabler.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
           behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Ileana  Montes    on behalf of Debtor Magdala  Pierre imontes@garcesgrabler.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          Stephen M. Zullo    on behalf of Debtor Magdala  Pierre szullo@garcesgrabler.com
                                                                                               TOTAL: 9
```