Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−42626−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Magdala Pierre
   14 Naden Ave.
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−0604

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 4, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 67 − 64
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 64). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/4/2021. (wir)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 4, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 11-42626-JKS

Magdala Pierre  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Magdala Pierre, 14 Naden Ave., Irvington, NJ 07111-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Nicholas
     on behalf of Creditor HSBC Bank USA  National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

David M. Wasserman
     on behalf of Debtor Magdala Pierre dwasserman@garcesgrabler.com  jrodriguez@garcesgrabler.com

Denise E. Carlon
     on behalf of Creditor HSBC Bank USA  National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor MidFirst Bank bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 04, 2021 | Form ID: orderntc | Total Noticed: 1 |

Ileana Montes
    on behalf of Debtor Magdala Pierre imontes@garcesgrabler.com

Jason Brett Schwartz
    on behalf of Creditor Dilks & Knopik  LLC jschwartz@mesterschwartz.com

Joshua I. Goldman
    on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Stephen M. Zullo
    on behalf of Debtor Magdala Pierre szullo@garcesgrabler.com

TOTAL: 10