| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>Magdala Pierre | Order Filed on October 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No.: 11-42626

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On September 10, 2021, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to LVNV Funding, LLC successor un interest to Zenith Acquisition Corp. for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $3,056.68 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 11-42626-JKS
Magdala Pierre                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 2
Date Rcvd: Oct 04, 2021                    Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

**Recip ID    Recipient Name and Address**
db           #+  Magdala Pierre, 14 Naden Ave., Irvington, NJ 07111-2806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

**Name**                    **Email Address**
Brian C. Nicholas
    on behalf of Creditor HSBC Bank USA  National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

David M. Wasserman
    on behalf of Debtor Magdala Pierre dwasserman@garcesgrabler.com  jrodriguez@garcesgrabler.com

Denise E. Carlon
    on behalf of Creditor HSBC Bank USA  National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 04, 2021 | Form ID: pdf903 | Total Noticed: 1

Ileana Montes
        on behalf of Debtor Magdala Pierre imontes@garcesgrabler.com

Jason Brett Schwartz
        on behalf of Creditor Dilks & Knopik  LLC jschwartz@mesterschwartz.com

Joshua I. Goldman
        on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
        on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Stephen M. Zullo
        on behalf of Debtor Magdala Pierre szullo@garcesgrabler.com

TOTAL: 10